UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYMOND W. BASSO JR., et al.,<br><br>  Defendants. | Case No. 18-cv-04739-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 5 |

Plaintiff filed this action on August 7, 2018. Pursuant to the scheduling order entered on August 7, 2018, the last day for Plaintiff to file a Notice of Need for Mediation was January 1, 2019. (Dkt. 5.) To date, Plaintiff has not yet done so. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than January 25, 2019 why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: January 10, 2019

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge