UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

        Plaintiff,

   v.

RAYMOND W. BASSO JR., et al.,

        Defendants.

Case No. 18-cv-04739-SK

**ORDER OF CONDITIONAL DISMISSAL**

      The Plaintiff has advised the Court that all parties have agreed to a settlement of this case. Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

      If no party notifies the Court of the need to place the matter back on calendar within ninety days, the matter shall be deemed dismissed with prejudice.

      **IT IS SO ORDERED**.

Dated: March 4, 2019

_____
SALLIE KIM
United States Magistrate Judge